# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL YOUNG ,

    Petitioner,

v.

THE EAU CLAIRE, WISCONSIN, POLICE STATION,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-255-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ M. Hardin**
**by Deputy Clerk**

_____5/21/08_____
**Date**

Dockets.Justia.com